UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 09-139 JNE/JJK

United States of America,

                    Plaintiff,

v.                                              **ORDER FOR APPOINTMENT
                                                OF COUNSEL**

Arthur Chappell,

                    Defendant.


        The Court has determined that the defendant in the above matter is financially

unable to employ counsel and finds that it is in the interest of justice that counsel be

assigned.

        IT IS HEREBY ORDERED that Gary Wolf, ID 129136, a member of the CJA

Conflicts Panel for the District of Minnesota, be appointed pursuant to 18 U.S.C.

§ 3006A.


Dated: 2-22-2012                          s/ Joan N. Ericksen
                                          Honorable Joan N. Ericksen
                                          United States District Court Judge